# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH MIKO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ, USA, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-CV-0806 W (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 24]** |

Parties have filed a joint motion to dismiss with prejudice. [Doc. 24.] Good cause appearing, the Court **GRANTS** the joint motion. This action is dismissed **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: March 30, 2020

_____
Hon. Thomas J. Whelan
United States District Judge

1